# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA ISUPOV,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN RELOCATION MOVING SPECIALIST,<br><br>    Defendant. | 1:11-cv-00780 LJO GSA<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Document 2) |

On May 13, 2011, Plaintiff Elena Isupov filed a complaint with this Court.  (Doc. 1.)  That same date, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit.  (Doc. 2.)  For the reasons that follow, Plaintiff's application is DENIED.

First, while Plaintiff indicated she is not currently employed, she does have $1,500.00 in cash, or in a checking or savings account.  (Doc. 2 at 1-2.)  Further, Plaintiff indicated that she does not have any "housing, transportation, utilities, or loan payments, or other regular monthly expenses," nor does she have any other "debts or financial obligations."  (Doc. 2 at 2.)  Her minor daughter does rely upon Plaintiff for support.  (Doc. 2 at 2.)

After considering Plaintiff's application, the application is denied. Plaintiff currently has no monthly expenses and no outstanding debt. Additionally, funds are available to Plaintiff well in excess of the filing fee. Therefore, Plaintiff is not entitled to proceed without payment of the filing fee.

Accordingly, Plaintiff is advised that in order to proceed with her action in this Court, she must pay a filing fee of $350.00 (*see* 28 U.S.C. § 1914) no later than June 15, 2011.

As an aside, and assuming the necessary filing fee is paid, the Court will screen Plaintiff's complaint in due course. Further, summonses will not be issued by the Clerk of the Court unless and until the filing fee has been paid *and* the complaint has been screened by the assigned magistrate judge and deemed appropriate for service. Accordingly, Plaintiff shall make no further attempt to serve her complaint upon the named Defendant. Plaintiff is advised that the Court will dismiss a case at any time if it determines that the action or appeal is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). *See also Omar v. Sea-Land Service, Inc.*, 813 F.2d 986, 991 (9th Cir. 1987); *Wong v. Bell*, 642 F.2d 359, 361-62 (9th Cir. 1981).

**ORDER**

For the foregoing reasons, Plaintiff's Application to Proceed Without Prepayment of Fees is DENIED. As a result, **Plaintiff shall pay the filing fee of $350.00 no later than June 15, 2011**, in order to proceed with this action. Failure to comply with this Order will result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:   May 16, 2011**               /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE